UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENNIS KEITH PIGULO,

    Plaintiff,

    v.

CAROLYN W. COLVIN,

    Defendant.

Case No.16-cv-01190 NC

**ORDER OF SERVICE**

A federal court must engage in a preliminary screening of any complaint filed by a plaintiff proceeding in forma pauperis to ensure the complaint is not frivolous, states a claim, and does not seek monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). Pro se pleadings must be liberally construed. *Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699 (9th Cir. 1990). Upon review of Dennis Keith Pigulo's allegations, the Court finds that, liberally construed, Dennis Keith Pigulo has stated a claim that is not frivolous, states a federal claim, and does not seek relief against an immune defendant.

    The clerk of the court shall mail a Notice of Lawsuit and Request for Waiver of Service of Summons, two copies of the Waiver of Service of Summons, a copy of the complaint and all attachments thereto, a magistrate judge consent form, and a copy of this order to the Social Security Administration, Office of the General Counsel, Region IX, 160 Spear St., Ste. 800, San Francisco, CA 94105-1545. Additionally, the clerk should mail a

Case No. 16-cv-01190 NC

1  courtesy copy of the complaint and this order to US Attorney's Office for the Northern
2  District of California, 450 Golden Gate Avenue, PO Box 36055, San Francisco, CA 94102,
3  and US Attorney General, US Department of Justice, 10th & Pennsylvania, N.W.,
4  Washington, D.C. 20530.  Additionally, the clerk shall mail a copy of this order to
5  Plaintiff.

6  All parties are reminded that they must either consent to or decline the jurisdiction
7  of a U.S. magistrate judge under 28 U.S.C. § 636.  A form is attached to make this
8  decision.  Both parties are asked to file this form within 14 days.

9  Also attached is a letter providing guidance to additional resources the Court
10 provides pro se litigants.

12 **IT IS SO ORDERED.**

14 Dated:  March 24, 2016                        _____
15                                                NATHANAEL M. COUSINS
                                                  United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENNIS KEITH PIGULO,

    Plaintiff,

  v.

CAROLYN W. COLVIN,

    Defendant.

Case No. 16-cv-01190-NC

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

INSTRUCTIONS: Please indicate below by checking one of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

    **( ) Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

    OR

    **( ) Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:

NAME:
COUNSEL FOR:
(OR "PRO SE:)

_____
Signature

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

www.cand.uscourts.gov

SUSAN Y. SOONG                                                              GENERAL COURT NUMBER
CLERK OF COURT                                                                       408-535-5363

To:   Pro Se Litigant
Re:   Representing Yourself Before This Court

Dear Pro Se Litigant:

If you are representing yourself in federal court without representation by an attorney, that is called proceeding "pro se." The court has free resources to help you find your way through the court system and procedures. The Federal Pro Se Program at the San Jose Courthouse provides free information and limited-scope legal advice to pro se litigants in federal civil cases. The Federal Pro Se Program is available by appointment and on a drop-in basis. The Federal Pro Se Program is available at Room 2070 in the San Jose United States Courthouse (Monday to Thursday 1:00 – 4:00 pm, on Friday by appointment only), and The Law Foundation of Silicon Valley, 152 N. 3rd Street, 3rd Floor, San Jose, CA (Monday to Thursday 9:00 am –12:00 pm, on Friday by appointment only), or by calling (408) 297-1480.

There are also online resources available on the court's webpage. The Pro Se Handbook, found at http://www.cand.uscourts.gov/prosehandbook, has a downloadable version of the court's own publication: *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*. Pay special attention to the **Civil Litigation Packets** tab on the left, which provides useful fillable forms. The Pro Se Handbook website also has a link to the Court's Electronic Case Filing (ECF) website.

*Susan Y. Soong*

Susan Y. Soong
Clerk, United States District Court

Case No. 16-cv-01190 NC                4